IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TERRY A. BURLISON,

      Appellant,

v.

Case No. 5D23-1102
LT Case No. 2019-CA-1518

JEFFREY W. BENEFIELD D/B/A GREEN
OAKS MANOR MOBILE HOME PARK,

      Appellee.

_____/

Decision filed July 18, 2023

Appeal from the Circuit Court
for Marion County,
Steven G. Rogers, Judge.

Terry A. Burlison, Kissimmee, pro se.

B. Snow Boyd, of Buchanan & Buchanan,
PA, Ocala, for Appellee.

PER CURIAM.

     AFFIRMED.

JAY, BOATWRIGHT and MACIVER, JJ., concur.